IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AGRICOLA RAIMAPU S.A. : CIVIL ACTION
:
v. :
:
:
M/V APL MANAGUA, *et al.* : NO. 09-791

**ORDER**

AND NOW, this 5th day of January 2010, upon consideration of the defendant's motion to dismiss and the response thereto, IT IS ORDERED.

That the Motion is GRANTED. The complaint is DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.